FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL -1  PM 12: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

BENJAMIN MURRELL                                             05cr20238-Ml

## ORDER ON ARRAIGNMENT

This cause came to be heard on __July 1, 2005__ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __Art Quinn__ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:922g
firearms

Attorney assigned to Case: S. Hall

Age: 25

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20238 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT