# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 30  PM 4: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | Criminal No.05-20238-Ml |
| vs. ) | |
| ) | |
| BENJAMIN MURRELL, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon motion of the United States, IT IS HEREBY ORDERED that the indictment in the instant case is dismissed without prejudice.

IT IS SO ORDERED.

Dated this ___30___ day of ___Aug.___, 2005.

_____
JON PHIPPS MCCALLA
United States District Judge

_____
Assistant United States Attorney

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on __8-31-05__

(22)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20238 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT